IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01666-REB-PAC

LORENA ROCHA ALVARADO, individually and as mother of CESAR SIMON ROCHA, deceased, et al.,

    Plaintiff(s),

v.

BERNARD D. LOFTUS, *et al.,*

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Settlement Conference set for February 28, 2007 at 10:30 a.m. is ***vacated and reset*** to **January 2, 2007 at 1:00 p.m. for the entire afternoon.**

    Confidential Settlement Statements are due on or before **December 22, 2006,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

    Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

    ***Counsel and parties with full authority to settle must be present.***  It is

    **FURTHER ORDERED** that the Final Pretrial Conference set for January 4, 2007 at 10:00 a.m. is ***vacated and reset*** to **February 8, 2007 at 9:30 a.m.** in Courtroom A501.

    The proposed Final Pretrial Order is due on or before **February 2, 2007.**

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.