IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01666-REB-PAC

LORENA ROCHA ALVARADO, individually and as mother of CESAR SIMON ROCHA, deceased, et al.,

    Plaintiff(s),

v.

BERNARD D. LOFTUS,
SOUTH PARK MOTOR LINES, INC., a Colorado corporation d/b/a CAST TRANSPORTATION, INC., and
FLEET TRAILER SALES, INC., a Colorado corporation, f/k/a EXPRESS TRAILER OF COLORADO, INC., f/k/a ADVANCED TRAILER LEASING,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Loftus' Joinder in Cast Transportation's Unopposed Motion for Extension to File Expert Disclosures (Doc. #29), filed April 7, 2006, which the Clerk has construed as a motion for the relief requested in Doc. #27, is **DENIED AS MOOT.** The court granted Defendant Cast Transportation's Unopposed Motion for Extension to Make Expert Disclosures Pursuant to Fed.R.Civ.P. 26(a)(2) (Doc. #27) on April 11, 2006 (Doc. #31).

Dated:  December 19, 2006

_____
The undersigned certifies that a copy of the foregoing Minute Order was served on December 19, 2006, by: (*) Delivery to; by: (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-

The undersigned certifies that a copy of the foregoing Order Setting Scheduling/Planning Conference  was served on December 19, 2006 by: (*) Delivery to; or by (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____
Deputy Clerk