IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-01666-REB-PAC

LORENA ROCHA ALVARADO, individually and as mother of CESAR SIMON ROCHA, deceased, et al.,

    Plaintiffs,

v.

BERNARD D. LOFTUS,
SOUTH PARK MOTOR LINES, INC., a Colorado corporation d/b/a CAST TRANSPORTATION, INC., and
FLEET TRAILER SALES, INC., a Colorado corporation, f/k/a EXPRESS TRAILER OF COLORADO, INC. f/k/a ADVANCED TRAILER LEASING,

    Defendants.

## ORDER OVERRULING DEFENDANT'S OBJECTION TO ORDER OF UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter is before me for consideration and resolution of 1) **Defendant South Park Motor Lines, Inc. d/b/a Cast Transportation, Inc.'s Objection to United States Magistrate Judge O. Edward Schlatter's Order Re: Cast's Motion for Protective Order From Plaintiffs' Notice to Take Deposition of Todd Burgman** [#66]; and 2) **Defendant South Park Motor Lines, Inc. d/b/a Cast Traonsportation, Inc.'s Emergency Motion to Stay Todd Burgman's January 17, 2007 Deposition Pending a Ruling on Cast's Objections to United States Magistrate Judge O. Edward Schlatter's Order Re: Cast's Motion for Protective Order from Plaintiffs' Notice to Take Deposition of Todd Burgman** [#67], both filed January 14, 2007. The objection is overruled, and the motion to stay is denied.

Under 28 U.S.C. § 636 (b) and FED. R. CIV. P. 72 (a), I may modify or set aside any portion of a magistrate judge's order which I find to be "clearly erroneous or contrary to law." Having reviewed the Magistrate Judge's order and Cast's objection, I conclude that the Cast's objection is without merit. The order of the Magistrate Judge addressed in the Cast's objection is not clearly erroneous or contrary to law.

Cast notes in its objection that the order of reference in this case [#2], filed August 30, 2005, does not include an "x" in the box designating the assigned Magistrate Judge to hear and determine pretrial matters, including discovery and other non-dispositive motions. As a matter of routine generally, I refer such motions to the assigned Magistrate Judge. As a matter of my intent specifically, I intended to refer such pretrial matters to the assigned Magistrate Judge in this case. The lack of an "x" in this box on the form order of reference clearly is a typographical error resulting in a clerical mistake, which may and should be corrected by me *sua sponte* under Fed. R. Civ. P. 60(a) without further notice. Tellingly, no party objected to the Magistrate Judge's jurisdiction to determine pretrial motions in this case until Cast found itself dissatisfied with the Magistrate Judge's recent ruling. Given these circumstances, I conclude that the Magistrate Judge acted properly in determining the motion in question here.

In its motion to stay, Cast seeks an order staying the video deposition of Todd Burgman, currently scheduled for January 17, 2007, pending this court's ruling on Cast's objection. Cast's objection is resolved by this order, and, thus, the motion for stay should be denied as moot.

**THEREFORE IT IS ORDERED** as follows:

1. That for the sake of clarity and pursuant to Fed. R. Civ. P. 60(a), the **Order of**

**Reference to Magistrate Judge** [#2], filed August 30, 2005, is **AMENDED** to withdraw the reference of dispositive motions to the Magistrate Judge, and to refer to the Magistrate Judge pretrial matters, including discovery and other non-dispositive motions, *nunc pro tunc* to August 30, 2005;

    2.  That **Defendant South Park Motor Lines, Inc. d/b/a Cast Transportation, Inc.'s Objection to United States Magistrate Judge O. Edward Schlatter's Order Re: Cast's Motion for Protective Order From Plaintiffs' Notice to Take Deposition of Todd Burgman** [#66], filed January 14, 2007, is **OVERRULED and DENIED**; and

    3.  That **Defendant South Park Motor Lines, Inc. d/b/a Cast Traonsportation, Inc.'s Emergency Motion to Stay Todd Burgman's January 17, 2007 Deposition Pending a Ruling on Cast's Objections to United States Magistrate Judge O. Edward Schlatter's Order Re: Cast's Motion for Protective Order from Plaintiffs' Notice to Take Deposition of Todd Burgman** [#67], filed January 14, 2007, is **DENIED** as moot; and

    4.  That except as amended by this order, the **Order of Reference to Magistrate Judge** [#2], filed August 30, 2005, **SHALL REMAIN** in full force and effect otherwise.

    Dated January 16, 2006, at Denver, Colorado.

                                            **BY THE COURT:**

                                            s/ Robert E. Blackburn
                                            Robert E. Blackburn
                                            United States District Judge