IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01666-REB-PAC

LORENA ROCHA ALVARADO, individually and as mother of CESAR SIMON ROCHA< deceased, et al.,

    Plaintiff(s),

v.

BERNARD D. LOFTUS,
SOUTH PARK MOTOR LINES, INC., a Colorado corporation d/b/a CAST TRANSPORTATION, INC., and
FLEET TRAILER SALES, INC., a Colorado corporation, f/k/a EXPRESS TRAILER OF COLORADO, INC., f/k/a ADVANCED TRAILER LEASING,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Defendant South Park Motor Lines, Inc. d/b/a Cast Transportation, Inc.'s Motions for Protective Orders from Plaintiff's Notices to Take Depositions of: Dr. Stephen S. Kelly (Doc. #84); John Ward (Doc. #85); Dr. Andrew J. Palafox (Doc. #86); and Dr. Jacob S. Heydemann (Doc. #87), filed February 23, 2007, are **denied without prejudice** for failure to comply with D.C.COLO.L.CivR 7.1A - "Duty to Confer."

Dated:  February 26, 2007