IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Case No. 05-cv-01666-REB-PAC

LORENA ROCHA ALVARADO, individually and as mother of CESAR SIMON ROCHA, deceased, et al.,

    Plaintiffs,

v.

BERNARD D. LOFTUS,
SOUTH PARK MOTOR LINES, INC., a Colorado corporation d/b/a CAST TRANSPORTATION, INC., and
FLEET TRAILER SALES, INC., a Colorado corporation, f/k/a EXPRESS TRAILER OF COLORADO, INC. f/k/a ADVANCED TRAILER LEASING,

    Defendants.

## ORDER

**Blackburn, J.**

The matter before the court is **Loftus' Motion for Appointment of Legal Representatives for Minor Plaintiffs** [#74], filed February 13, 2007. The motion was referred initially to United States Magistrate Judge, Patricia A. Coan for ruling. Subsequently, the court was notified that the parties had reached a settlement in this case, and the court instructed the parties to submit their settlement and dismissal documents by April 6, 2007. The issue of the appointment of legal representatives for the minor plaintiffs is a part of the settlement agreement and remains pending. After further review of the motion in its present context, the court concludes that the reference should be withdrawn and that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the referral [#75] of **Loftus' Motion for Appointment of Legal Representatives for Minor Plaintiffs** [#74], filed February 13, 2007, is **WITHDRAWN**;

2. That **Loftus' Motion for Appointment of Legal Representatives for Minor Plaintiffs** [#74], filed February 13, 2007, is **GRANTED**; and

3. That the parents of each minor plaintiff are appointed the legal representatives for the minor plaintiffs as follows:

    a.    Claudia Rocha Alvarado is appointed the legal representative for her minor children, Ricardo Lozano (DOB 4/23/94), Claudia Lozano (DOB 6/23/95), and Jorge Armando Lozano Rocha (DOB 8/18/98);

    b.    Elvia Villegas Carmona is appointed the legal representative for her minor children, Yasneba Villarreal (DOB 11/5/92) and Astrid Villarreal (DOB 3/2/00); and

    c.    Liliana Rocha Alvarado is appointed the legal representative for minor child, Valeria Carbajal Rocha (DOB 3/16/77).

Dated April 4, 2007, at Denver, Colorado.

                                                **BY THE COURT:**

                                                s/ Robert E. Blackburn
                                                **Robert E. Blackburn**
                                                **United States District Judge**